# IN THE SUPREME COURT OF THE STATE OF DELAWARE

BENJAMIN WARNER § 
§ No. 322, 2024 
Plaintiff-Below, Appellant, §
§
v. § Court Below: Court of Chancery of
§ the State of Delaware
§
TIMOTHY C. TYSON, RICHARD § C.A. No. 2023-0159
CUNNINGHAM, CLIVE §
KABATZNIK, VINCENT PALMIERI, §
EDWARD ROFFMAN and §
MICHAEL TAGLICH, §
§
Individual Defendants-Below, §
Appellees, §
§
-and- §
§
ICAGEN, INC. nka §
IXC DISCOVERY, INC., §
§
Nominal Defendant-Below, §
Appellee. §

Submitted: February 12, 2025
Decided: April 3, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **LEGROW**, Justices.

## <u>ORDER</u>

This 3rd day of April, 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the

reasons stated in the Order Addressing Defendants' Motion to Dismiss dated July 12, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice